IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYDIA M. ROBINSON,<br><br>    *Plaintiff,*<br><br>v.<br><br>WILLIAM JAMES DERRAH, SR., and<br>LANEKO ENGINEERING COMPANY,<br><br>    *Defendant.* | CIVIL ACTION<br>NO. 16-06323 |

## **ORDER**

**AND NOW**, this 22nd day of May, 2017, after an evidentiary hearing, (ECF No. 12), it is **ORDERED** the Complaint is **DISMISSED** without prejudice.

BY THE COURT:


***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.

1